E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4076-GHK (AJWx) | Date | August 20, 2014 |
|---|---|---|---|
| Title | *Ranesha Williams v. Wells Fargo Bank, N.A., et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order To Show Cause**

On June 25, 2014, Plaintiff Ranesha Williams and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulated to extend Wells Fargo's time to respond to the Complaint. [Dkt. No. 11]. Pursuant to the Parties' stipulation, Wells Fargo's response was due on July 9, 2014. The docket reflects, however, that Wells Fargo has yet to file any response. Accordingly, Wells Fargo is hereby **ORDERED TO SHOW CAUSE**, **within seven 7 days hereof**, as to why Plaintiff should not be directed to seek entry of default against it.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |