SURF CITY LAWYERS
CHRISTINE A. WILTON, ESQ. [Bar No. 256503]
ANNA SERRAMBANA, ESQ. [Bar No. 230390]
5011 Argosy Ave., Suite 3
Huntington Beach, CA 92649
email: anna@a-rlawgroup.com
Telephone: (714) 533-9210
Facsimile: (714) 489-8150

Attorneys for Plaintiff, RANESHA WILLIAMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANESHA WILLIAMS, an individual;<br><br>                    Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, N.A.; XEROX EDUCATION SERVICES, LLC dba ACS EDUCATION SERVICES ("ACS"); EXPERIAN INFORMATION SOLUTIONS INC.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO.:  2:14-cv-04076 GHK (AJWx)<br><br>Hon. George H. King<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT WELLS FARGO BANK, N.A., ONLY**<br><br>Action filed: May 28, 2014 |

///

///

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT WELLS FARGO BANK, N.A., ONLY**

1    Plaintiff, Raneesha Williams, by and through her attorneys, informs this Honorable Court

2    that Plaintiff has settled her case with Defendant, Wells Fargo Bank, N.A. only.

3

4                                                          RESPECTFULLY SUBMITTED,

5

6    Dated: August 20, 2014                    By:    */s/ Anna Serrambana*

7                                                      Anna Serrambana, Esq.
                                                       Attorney for Plaintiff,
8                                                      Raneesha Williams

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT AS TO DEFENDANT WELLS FARGO BANK, N.A.,
ONLY**