SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
ERIN S. KUBOTA (State Bar No. 228371)
esk@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RANESHA WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A ;<br>XEROX EDUCATION SERVICES,<br>LLC dba ACS EDUCATION<br>SERVICES ("ACS"); EXPERIAN<br>INFORMATION SOLUTIONS INC.;<br>and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-04076 GHK (AJWx)<br>Hon. George H. King<br>Ctrm. 650 – Roybal Fed. Bldg.<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action Filed:  May 28, 2014<br>Trial Date:   None Set |

1        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

2 plaintiff Ranesha Williams and defendant Wells Fargo Bank, N.A., hereby stipulate

3 that defendant Wells Fargo Bank, N.A. be voluntarily dismissed from this action

4 <u>with prejudice</u>.

5

6      SO STIPULATED.

7 DATED:  October 1, 2014         SEVERSON & WERSON

8                             A Professional Corporation

9

10                         By:      */s/ Scott J. Hyman*

11                                 Scott J. Hyman

12                         Attorneys for Defendant WELLS FARGO

13                         BANK, N.A.

14 DATED:  October 1, 2014         SURF CITY LAWYERS

15

16

17

18                         By:      */s/ Christine A. Wilton*

19                               Christine A. Wilton

                          Attorneys for Plaintiff RANESHA WILLIAMS

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**Williams v. Wells Fargo Bank, N.A., et al.**
**USDC Central District Case No. 2:14-cv-04076 GHK (AJWx)**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On the date below, I served true copies of the following document(s):

**STIPULATION OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

on the interested parties in this action as follows:

**Christine A. Wilton, Anna Serrambana**
*attorneychristine@gmail.com*
*anna@a-rlawgroup.com*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 1, 2014, at Irvine, California.

_____
Lorraine N. Johnson