SURF CITY LAWYERS
CHRISTINE A. WILTON, ESQ. [Bar No. 256503]
ANNA SERRAMBANA, ESQ. [Bar No. 230390]
5011 Argosy Ave., Suite 3
Huntington Beach, CA 92649
email: anna@a-rlawgroup.com
Telephone: (714) 533-9210
Facsimile: (714) 489-8150

Attorneys for Plaintiff, RANESHA WILLIAMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RANESHA WILLIAMS, an individual; | CASE NO.: 2:14-cv-04076 GHK (AJWx) |
|---|---|
| Plaintiff, | Hon. George H. King |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT XEROX EDUCATION SERVICES, LLC dba ACS EDUCATION SERVICES, ONLY** |
| WELLS FARGO BANK, N.A.; XEROX EDUCATION SERVICES, LLC dba ACS EDUCATION SERVICES ("ACS"); EXPERIAN INFORMATION SOLUTIONS INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | Action filed: May 28, 2014 |

///

///

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT XEROX EDUCATION
SERVICES, LLC, ONLY**

1  Plaintiff, Raneesha Williams, by and through her attorneys, informs this Honorable Court
2  that Plaintiff has settled her case with Defendant, Xerox Education Services, LLC dba ACS
3  Education Services. only.
4
5                                                  RESPECTFULLY SUBMITTED,
6
7  Dated: October 22, 2014                By:     */s/ Anna Serrambana*
8                                                  Anna Serrambana, Esq.
                                                   Attorney for Plaintiff,
9                                                  Raneesha Williams

**NOTICE OF SETTLEMENT AS TO DEFENDANT XEROX EDUCATION
SERVICES, LLC, ONLY**