1  SURF CITY LAWYERS
2  CHRISTINE A. WILTON, ESQ. [Bar No. 256503]
   ANNA SERRAMBANA, ESQ. [Bar No. 230390]
3  5011 Argosy Ave., Suite 3
4  Huntington Beach, CA 92649
   email: anna@a-rlawgroup.com
5  Telephone: (714) 533-9210
6  Facsimile: (714) 489-8150

7
   Attorneys for Plaintiff, RANESHA WILLIAMS
8

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | RANESHA WILLIAMS, an individual; | CASE NO.: 2:14-cv-04076 GHK (AJWx) |
|---|---|---|
| 13 | | Hon. George H. King |
| 14 | Plaintiff, | |
| 15 | v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| 16 | WELLS FARGO BANK, N.A.; XEROX EDUCATION SERVICES, LLC dba ACS EDUCATION SERVICES ("ACS"); EXPERIAN INFORMATION SOLUTIONS INC.; and DOES 1 through 10, inclusive, | |
| 17-21 | | Action filed: May 28, 2014 |
| 22 | Defendants. | |

27  ///
28  ///

                            1
**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC., ONLY**

1  Plaintiff, Ranesha Williams, by and through her attorneys, informs this Honorable Court that
2  Plaintiff has settled her case with Defendant, Experian Information Solutions, Inc., only.

RESPECTFULLY SUBMITTED,

Dated: November 10, 2014				By:	*/s/ Anna Serrambana*

Anna Serrambana, Esq.
Attorney for Plaintiff,
Raneesha Williams

2

**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY**