JS - 6

**FILED:   11/17/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANESHA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | **CASE NO.  CV 14-4076  GHK (AJWx)** |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, N.A., et a ) | **ORDER OF DISMISSAL** |
| ) | |
| Defendants. ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled as to the remaining defendants,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:   11/17/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE